251 So.2d 248

Danny Leon PAUL, alias

v.

STATE.

Ex parte STATE of Alabama ex rel.
ATTORNEY GENERAL.

4 Div. 420.

Supreme Court of Alabama.

July 22, 1971.

William J. Baxley, Atty. Gen., and Joseph G. L. Marston, III, Asst. Atty. Gen., for petitioner.

Lewis V. Chesser, Andalusia, opposed.

MADDOX, Justice.

Petition of the State, by its Attorney General, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Paul v. State, 47 Ala.App. 115, 251 So.2d 246.

Writ denied.

LAWSON, MERRILL, HARWOOD and McCALL, JJ., concur.

248 So.2d 757

In re Bobby Ray PILKINGTON, alias

v.

STATE.

Ex parte STATE of Alabama, ex rel.
ATTORNEY GENERAL.

6 Div. 867.

Supreme Court of Alabama.

May 20, 1971.

William J. Baxley, Atty. Gen., and Herbert H. Henry, Asst. Atty. Gen., for the State.

Richard Vincent, Birmingham, for respondent.

HEFLIN, Chief Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Pilkington v. State, 248 So.2d 755.

Writ denied.

LAWSON, MERRILL, HARWOOD and MADDOX, JJ., concur.